**Dismissed and Opinion Filed April 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00468-CV

**JOHNESHA MILLER, Appellant**
**V.**
**DART AREA RAPID TRANSIT, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13921**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's motion for an extension of time to file a notice of appeal. Appellant states he is appealing the trial court's order of dismissal dated May 9, 2014. Appellant explains in his motion that he was unaware that he could file a notice of appeal and he did not have the advice of an attorney.

A notice of appeal is due thirty days after the date a judgment is signed or ninety days after the date a judgment is signed if an appellant files a timely post-judgment motion extending the appellate timetable. *See* TEX. R. APP. P. 26.1(a). An appellate court may extend the time to file a notice of appeal if, within fifteen days after the deadline for filing the notice of appeal, an appellant files the notice of appeal along with an extension motion. *See* TEX. R. APP. P. 26.3. An appellate court cannot otherwise alter the time for perfecting an appeal in a civil case. *See*

TEX. R. APP. P. 2. Without a timely notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

Appellant states in his motion that he filed a motion to reinstate. Assuming his motion to reinstate was timely filed, the notice of appeal would have been due on August 7, 2014, ninety days after the date the judgment was signed. *See* TEX. R. APP. P. 26.1(a). Appellant filed his notice of appeal on April 13, 2015. The notice of appeal was filed well past the deadline and the period of time in which to obtain an extension.

Because appellant failed to timely file his notice of appeal, this Court lacks jurisdiction over this appeal. *See* TEX. R. APP. P. 25.1(b). Accordingly, we deny appellant's motion and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

150468F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHNESHA MILLER, Appellant

No. 05-15-00468-CV     V.

DART AREA RAPID TRANSIT, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-13921.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DART AREA RAPID TRANSIT recover its costs of this appeal from appellant JOHNESHA MILLER.

Judgment entered April 17, 2015.